IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>NAYELI PEREZ,<br><br>        Defendant. | Case №: 5:23-MJ-00044-5-CDB<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The above named Defendant has, under oath, sworn or affirmed as to her financial inability to employ counsel or has otherwise satisfied this Court that she is financially unable to obtain counsel and wishes counsel be appointed to represent her.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Fatima Rodriguez be appointed to represent the above defendant in this case, effective *nunc pro tunc* to November 15, 2023, for the arraignment and detention hearing only.

IT IS SO ORDERED.

Dated:   **November 17, 2023**             _____
                                                                        UNITED STATES MAGISTRATE JUDGE

-1-